JAMES P. BENNETT (CA SBN 65179)
JBennett@mofo.com
STUART C. PLUNKETT (CA SBN 187971)
SPlunkett@mofo.com
JACQUELINE A. BOS (CA SBN 243938)
JBos@mofo.com
MORRISON & FOERSTER LLP
425 Market St.
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

SUSAN V. VAUGHAN (CA SBN 223576)
SVaughan@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Plaintiff
DOCMAGIC, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DOCMAGIC, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELLIE MAE, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:09-CV-4017-MHP<br><br>**PLAINTIFF DOCMAGIC, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**<br><br>**Judge: Hon. Marilyn Hall Patel** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE THAT Plaintiff DocMagic, Inc., hereby substitutes James P. |
| 2 | Bennett (State Bar No. 65179), Stuart C. Plunkett (State Bar No. 187971) and Jacqueline A. Bos |
| 3 | (State Bar No. 243938) of Morrison & Foerster LLP, 425 Market St., San Francisco, California |
| 4 | 94105, (415) 268-7000, and Susan V. Vaughan (State Bar No. 223576) of Morrison & Foerster |
| 5 | LLP, 755 Page Mill Rd., Palo Alto, California 94304, as attorneys of record in place and stead of |
| 6 | Joel D. Deutsch, Bernard Gans, and Matthew Hinks of Jeffer, Mangels, Butler & Marmaro, LLP, |
| 7 | 1900 Avenue of the Stars, Seventh Floor, Los Angeles, California, 90067, (310) 203-8080. |

Dated: March 2, 2010

_____
Don Iannitti, President, DocMagic, Inc.

Jeffer, Mangels, Butler & Marmaro, LLP consents to the above substitution.

Dated: March 3, 2010            JEFFER, MANGELS, BUTLER &
                                MARMARO, LLP

                                By          /s/
                                    _____
                                        Matthew Hinks

Morrison & Foerster LLP consents to the above substitution.

Dated: March 3, 2010            MORRISON & FOERSTER LLP

                                By          /s/
                                    _____
                                        Stuart C. Plunkett

I, Susan V. Vaughan, am the ECF User whose ID and password are being used to file this NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Stuart C. Plunkett and Matthew Hinks have concurred in this filing.

Dated: March 3, 2010            By_____/s/_____
                                    Susan V. Vaughan


### [PROPOSED] ORDER

The above substitution of attorneys is hereby approved.

Dated: __3/4/2010__

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel