UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOCMAGIC, INC., a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>ELLIE MAE, INC., a Delaware Corporation,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  3:09-CV-4017-MHP<br><br>[~~PROPOSED~~] ORDER GRANTING DOCMAGIC'S ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79-5(d) TO FILE ITS SECOND AMENDED COMPLAINT UNDER SEAL<br><br>**Judge:  Hon. Marilyn Hall Patel** |

Having considered DocMgaic's Administrative Motion Pursuant to Civ. Local Rule 79-5(d) to File Its Second Amended Complaint Under Seal dated October 22, 2010, and for good cause shown,

IT IS ORDERED that DocMagic's Administrative Motion Pursuant to Civ. Local Rule 79-5(d) to File Its Second Amended Complaint Under Seal is granted, and the Second Amended Complaint is to be filed under seal. *[handwritten: The Exhibits to ~~Complaint is to be filed under seal~~. The Complaint (2nd amended) shall not be filed under seal — only the Exhibits thereto. \*]*

DATED: _11/2/10_ _____
HONORABLE MARILYN HALL PATEL
United States District Court Judge

*[handwritten: \* Furthermore, the parties shall agree to and file a stipulated protective order within fourteen days of this order or the court's stipulated protective order will be deemed the protective order in this case.]*

[PROPOSED] ORDER RE DOCMAGIC'S ADMIN. MTN. TO FILE SECOND AMENDED COMPLAINT UNDER SEAL
CASE NO. 3:09-CV-4017-MHP

PALOALTO 105766 (2K)