RECEIVED
2011 MAR -4  P 2:47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOCMAGIC, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ELLIE MAE, INC., a Delaware Corporation,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:09-CV-4017-MHP<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Judge: Hon. Marilyn Hall Patel |

Daniel Jordan Simon, whose business address and telephone number is:

DANIEL JORDAN SIMON
**WHITE & CASE LLP**
3000 El Camino Real
Five Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile:  (650) 213-8158
Email: dsimon@whitecase.com

and who is an active member in good standing of the bar of the State of Florida having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Ellie Mae, Inc.

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3   *vice*. Service of papers upon and communication with co-counsel designated in the application
4   will constitute notice to the party. All future filings in this action are subject to the requirements
5   contained in General Order No. 45, Electronic Case Filing.

7   DATED: __3/7/2011_____



HONORABLE MARILYN H. PATEL

IT IS SO ORDERED
Judge Marilyn H. Patel