1  JAMES P. BENNETT (CA SBN 65179)
   JBennett@mofo.com
2  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
3  STUART C. PLUNKETT (CA SBN 187971)
   SPlunkett@mofo.com
4  NATHAN B. SABRI (CA SBN 252216)
   NSabri@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Plaintiff
   DOCMAGIC, INC.

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 | DOCMAGIC, INC., a California corporation, | Case No. 3:09-CV-4017-MHP

15 | Plaintiff and Counterclaim-Defendant, | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

16 | v. |

17 | ELLIE MAE, INC., a Delaware corporation, | Hon. Marilyn Hall Patel

18 | Defendant and Counterclaim-Plaintiff. |

19

20

21     This Stipulation for Continuance of Case Management Conference ("Stipulation") is

22 entered into by and between DocMagic, Inc. ("DocMagic") and Ellie Mae, Inc. ("Ellie Mae").

23     On February 28, 2011, at the hearing on Ellie Mae's motion for summary judgment and

24 DocMagic's request for a temporary restraining order, the Court set a Case Management

25 Conference ("CMC") for April 18, 2011.  The Court indicated that both parties' principals should

26 attend the CMC.  DocMagic's principal was not present at the February 28 hearing, and as such

27

28

1  was not able to provide his availability.  Subsequent to the hearing, DocMagic determined that
2  DocMagic's principal cannot be available on April 18, 2011.
3      In light of the above, DocMagic requests that the Court continue the CMC to May 16,
4  2011, at 3:00 p.m.  In light of DocMagic's representation of its principal's unavailability on April
5  18, Ellie Mae does not oppose, and hereby stipulates to, the requested continuance to May 16,
6  2011, at 3:00 p.m.  The parties have confirmed that their respective principals are available on
7  that date and time.

Dated:  March 28, 2011                              Dated:  March 28, 2011

   */s/ Stuart C. Plunkett*                            */s/ Ellen McGinty King*
STUART C. PLUNKETT                                  ELLEN MCGINTY KING
SPlunkett@mofo.com                                  eking@whitecase.com

MORRISON & FOERSTER LLP                             WHITE & CASE LLP
425 Market Street                                   3000 El Camino Real
San Francisco, California  94105-2482               Five Palo Alto Square, 9th Floor
Telephone: 415.268.7000                             Palo Alto, CA 94306
Facsimile: 415.268.7522                             Telephone: (650) 213-0300
                                                    Facsimile: (650) 213-8158
Attorneys for Plaintiff and
Counterclaim-Defendant                              Attorneys for Defendant and
DocMagic, Inc.                                      Counterclaim-Plaintiff
                                                    Ellie Mae, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  __3/29/2011_____

                                                    _____
                                                    HONORABLE MARILYN H. PATEL
                                                    United States District Judge

[SEAL: IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California]

**ATTESTATION PURSUANT TO GENERAL ORDER 45 X.B.**

I, Stuart C. Plunkett, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order For Continuance of Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Ellen McGinty King has concurred in this filing.

Dated: March 28, 2011                    MORRISON & FOERSTER LLP

                                          */s/ Stuart C. Plunkett*
                                          STUART C. PLUNKETT
                                          SPlunkett@mofo.com