| | |
|---|---|
| 1 | NOAH A. BRUMFIELD (SBN 203653)<br>nbrumfield@whitecase.com |
| 2 | ELLEN MCGINTY KING (SBN 71490)<br>eking@whitecase.com |
| 3 | JEREMY K. OSTRANDER (SBN 233489)<br>jostrander@whitecase.com |
| 4 | THOMAS C. FLYNN (SBN 257945)<br>tflynn@whitecase.com |
| 5 | **WHITE & CASE LLP**<br>3000 El Camino Real |
| 6 | 5 Palo Alto Square, 9th Floor<br>Palo Alto, CA 94306 |
| 7 | Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158 |
| 8 | |
| 9 | *Attorneys for Defendant/Counter-Claimant*<br>*ELLIE MAE, INC.* |
| 10 | JAMES P. BENNETT (SBN 65179)<br>jbennett@mofo.com |
| 11 | JENNIFER LEE TAYLOR (SBN 161368)<br>jtaylor@mofo.com |
| 12 | STUART C. PLUNKETT (SBN 187971)<br>splunkett@mofo.com |
| 13 | **MORRISON & FOERSTER LLP**<br>425 Market Street |
| 14 | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000 |
| 15 | Facsimile: (415) 268-7522 |
| 16 | *Attorneys for Plaintiff/Counter-Defendant*<br>*DOCMAGIC, INC.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOCMAGIC, INC., a California corporation., | Case No. 3:09-cv-4017-EMC |
| Plaintiff, | **JOINT STIPULATION TO VACATE JANUARY 15, 2012 DEADLINE FOR COMPLETION OF FACT DISCOVERY AND [PROPOSED] ORDER** |
| v. | |
| ELLIE MAE, INC., a Delaware, | ORDER SETTING CMC |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

1     Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff DocMagic, Inc. ("DocMagic"), and Defendant, Ellie Mae, Inc. ("Ellie Mae"), by and through their respective counsel, hereby stipulate and request that the January 15, 2012 fact discovery cutoff be vacated.

    As explained in the accompanying Declaration of Noah A. Brumfield, this change in the discovery schedule set May 16, 2011 by Judge Marilyn Hall Patel is proposed in order to enable DocMagic and Ellie Mae to complete the documentation of a settlement agreement reached during mediation before the Honorable Edward A. Infante.

    It is hereby stipulated and agreed by and through the undersigned attorneys for Ellie Mae and DocMagic, subject to the Court's approval, that the January 15, 2012 fact discovery cutoff ordered by Judge Patel on May 16, 2011 shall be vacated. It is further stipulated and agreed that the Court should set a case management conference in this matter for February 1, 2012, or as soon thereafter as the Court's schedule permits.

**IT IS SO STIPULATED.**

Dated: December 14, 2011             WHITE & CASE LLP

By:   */s/ Noah A. Brumfield*
      Noah A. Brumfield

Attorneys for Defendant/Counter-Claimant
ELLIE MAE, INC.

Dated: December 14, 2011             MORRISON & FOERSTER LLP

By:   */s/ Stuart C. Plunkett*
      Stuart C. Plunkett

Attorneys for Plaintiff/Counter-Defendant
DOCMAGIC, INC.

**PURSUANT TO STIPULATION, IT IS ORDERED:**

The Court has read and considered the parties' stipulation and orders that the January 15, 2012 fact discovery cutoff ordered by Judge Patel on May 16, 2011 shall be vacated.  A CMC is set for 2/10/12 at 9:00 a.m.  An updated joint CMC Statement shall be filed by 2/3/12.

Dated: __12/19/11__



Edward M. Chen
United States District Judge

ISTRIBUTED

3

JOINT STIPULATION
TO VACATE DISCOVERY DEADLINE
Case No.: 3:09-cv-4017-EMC

## **ATTESTATION CLAUSE**

I, Noah Brumfield, hereby attest in accordance with General Order No. 45.X.B that Stuart C. Plunkett, counsel for DocMagic, Inc., has provided his concurrence with the electronic filing of the foregoing document entitled **JOINT STIPULATION TO VACATE JANUARY 15, 2012 DEADLINE FOR COMPLETION OF FACT DISCOVERY.**

Dated: December 14, 2011                                WHITE & CASE LLP


                                                        By:   */s/ Noah A. Brumfield*
                                                              Noah A. Brumfield

                                                        Attorneys for Defendant/Counterclaimant
                                                        ELLIE MAE, INC.