JAMES P. BENNETT (CA SBN 65179)
JBennett@mofo.com
STUART C. PLUNKETT (CA SBN 187971)
SPlunkett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
DOCMAGIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOCMAGIC, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ELLIE MAE, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. 3:09-CV-4017-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Hon. Edward M. Chen |

　　　　This Stipulation for Continuance of Case Management Conference ("Stipulation") is entered into by and between DocMagic, Inc. ("DocMagic") and Ellie Mae, Inc. ("Ellie Mae").

　　　　The parties are currently in the process of finalizing documentation of a settlement agreement reached during mediation before the Honorable Edward A. Infante. The parties thus request that the Court continue the Case Management Conference ("CMC") to March 9, 2012, or to a date thereafter when the Court is available.

Dated: February 2, 2012  Dated: February 2, 2012

*/s/ Stuart C. Plunkett*  */s/ Ellen McGinty King*
STUART C. PLUNKETT  ELLEN MCGINTY KING
SPlunkett@mofo.com  eking@whitecase.com

MORRISON & FOERSTER LLP  WHITE & CASE LLP
425 Market Street  3000 El Camino Real
San Francisco, California 94105-2482  Five Palo Alto Square, 9th Floor
Telephone: 415.268.7000  Palo Alto, CA 94306
Facsimile: 415.268.7522  Telephone: (650) 213-0300
  Facsimile: (650) 213-8158

Attorneys for Plaintiff and
Counterclaim-Defendant  Attorneys for Defendant and
DocMagic, Inc.  Counterclaim-Plaintiff
  Ellie Mae, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  A joint CMC statement shall be filed by 3/2/12.

    2/3/12
Dated: _____

_____
HONORABLE EDWARD M. CHEN
United States District Court Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

**ATTESTATION PURSUANT TO GENERAL ORDER 45 X.B.**

I, Stuart C. Plunkett, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order For Continuance of Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Ellen McGinty King has concurred in this filing.

Dated: February 2, 2012

MORRISON & FOERSTER LLP

*/s/ Stuart C. Plunkett*
STUART C. PLUNKETT
SPlunkett@mofo.com