| | |
|---|---|
| JAMES P. BENNETT (SBN 65179) | NOAH BRUMFIELD (SBN 203653) |
| JBennett@mofo.com | nbrumfield@whitecase.com |
| JENNIFER LEE TAYLOR (SBN 161368) | ELLEN MCGINTY KING (SBN 71490) |
| JTaylor@mofo.com | eking@whitecase.com |
| STUART C. PLUNKETT (SBN 187971) | DANIEL JORDAN SIMON (*pro hac vice*) |
| SPlunkett@mofo.com | dsimon@whitecase.com |
| NATHAN B. SABRI (SBN 252216) | WHITE & CASE LLP |
| NSabri@mofo.com | 3000 El Camino Real |
| MORRISON & FOERSTER LLP | Five Palo Alto Square, 9th Floor |
| 425 Market Street | Palo Alto, CA  94306 |
| San Francisco, California  94105-2482 | Telephone:  (650) 213-0300 |
| Telephone:  415.268.7000 | Facsimile:   (650) 213-8158 |
| Facsimile:   415-268-7522 | |
| | Attorneys for Defendant/Counter-Claimant |
| Attorneys for Plaintiff/Counter-Defendant | ELLIE MAE, INC. |
| DOCMAGIC, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOCMAGIC, INC., a California corporation, | Case No. 3:09-CV-4017-EMC |
| Plaintiff, | **SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| ELLIE MAE, INC., a Delaware corporation, | Hon. Edward M. Chen |
| Defendant. | ORDER RESETTING CMC |
| AND RELATED COUNTERCLAIM | |

Pursuant to Local Rule 16-9 and the Court's February 3, 2012 order, Plaintiff/Counter-Defendant DocMagic, Inc. ("DocMagic") and Defendant/Counter-Claimant Ellie Mae, Inc. ("Ellie Mae"), respectfully submit this supplement to the Joint Case Management Statement filed on December 31, 2009 (Dkt. No. 24), and the Supplemental Joint Case Management Statements filed on April 12, 2010 (Dkt. No. 32), May 9, 2011 (Dkt. No. 130), and June 21, 2011 (Dkt. No. 133).

### I. Status of Settlement Discussions

The parties are currently in the process of finalizing documentation of a settlement agreement reached during mediation before the Honorable Edward A. Infante. Finalizing the settlement documents has taken longer than expected, but the parties continue to negotiate in good faith and anticipate that the settlement will be finalized. The parties respectfully suggest that the Court may want to continue the March 9, 2012 Case Management Conference in light of these circumstances.

### II. Status of Case Schedule/Request for Order of Continuance

Judge Patel set the following discovery limits and cutoffs at the May 16, 2011 Case Management Conference (Dkt. 131):

(a) Fact discovery to be completed by January 15, 2012;

(b) No more than six experts, with reports due not later than March 15, 2012;

(c) Rebuttal expert reports due not later than April 30, 2012;

(d) Expert discovery cutoff not later than May 31, 2012;

(e) Non-expert depositions limited to 15 per side;

(f) Requests for production limited to 25 additional per side.

Pursuant to the parties' stipulation, the Court vacated the January 15, 2012, discovery cutoff (Dkt. 135). The parties will seek, either at the Case Management Conference or by stipulation if the conference is continued, an order vacating the remaining upcoming deadlines.

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:09-CV-4017-EMC
sf-3114646

1

Dated: March 2, 2012   MORRISON & FOERSTER LLP

By:  */s/ Stuart C. Plunkett*
  Stuart C. Plunkett

  Attorneys for
  Plaintiff/Counterdefendant
  DOCMAGIC, INC.

Dated: March 2, 2012   WHITE & CASE LLP

By:  */s/ Ellen McGinty King*
  Ellen McGinty King

  Attorneys for
  Defendant/Counterclaimant
  ELLIE MAE, INC.

IT IS SO ORDERED that the CMC is reset from 3/9/12 to 6/8/12 at 9:00 a.m.  A joint CMC statement shall be filed by 6/1/12.

_____
Edward M. Chen
U. S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:09-CV-4017-EMC
sf-3114646

2

**ATTESTATION PURSUANT TO GENERAL ORDER 45 X.B.**

I, Stuart C. Plunkett, am the ECF User whose ID and password are being used to file this Supplemental Joint Management Conference Statement. In compliance with General Order 45, X.B., I hereby attest that Ellen McGinty King has concurred in this filing.

Dated: March 2, 2012                    MORRISON & FOERSTER LLP

*/s/ Stuart C. Plunkett*
STUART C. PLUNKETT
SPlunkett@mofo.com