1  JAMES P. BENNETT (SBN 65179)  NOAH BRUMFIELD (SBN 203653)
   JBennett@mofo.com  nbrumfield@whitecase.com
2  STUART C. PLUNKETT (SBN 187971)  BIJAL V. VAKIL (SBN 192878)
   SPlunkett@mofo.com  bvakil@whitecase.com
3  MORRISON & FOERSTER LLP  WHITE & CASE LLP
   425 Market Street  3000 El Camino Real
4  San Francisco, California  94105-2482  Five Palo Alto Square, 9th Floor
   Telephone:  415.268.7000  Palo Alto, CA  94306
5  Facsimile:  415-268-7522  Telephone:  (650) 213-0300
   Attorneys for Plaintiff/Counter-Defendant  Facsimile:   (650) 213-8158
6  DOCMAGIC, INC.  Attorneys for Defendant/Counter-Claimant
                                             ELLIE MAE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOCMAGIC, INC., a California corporation, | Case No. 3:09-CV-4017-EMC |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS** ; ORDER |
| v. | |
| ELLIE MAE, INC., a Delaware corporation, | Hon. Edward M. Chen |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

STIPULATION OF DISMISSAL
CASE NO. 3:09-CV-4017-EMC
sf-3204048

1     **IT IS HEREBY STIPULATED** by and between Plaintiff/Counter-Defendant DocMagic, Inc. ("DocMagic") and Defendant/Counter-Claimant Ellie Mae, Inc. ("Ellie Mae") through their designated counsel that the above-captioned action filed by Plaintiff, including all counterclaims asserted by Defendant Ellie Mae in the above-captioned action, hereby is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs.

Dated: October 10, 2012      MORRISON & FOERSTER LLP

By:    */s/ Stuart C. Plunkett*
         Stuart C. Plunkett

Attorneys for
Plaintiff/Counterdefendant
DOCMAGIC, INC.

Dated: October 10, 2012      WHITE & CASE LLP

By:    */s/ Noah Brumfield*
         Noah Brumfield

Attorneys for
Defendant/Counterclaimant
ELLIE MAE, INC.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

STIPULATION OF DISMISSAL
CASE NO. 3:09-CV-4017-EMC
sf-3204048

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45 X.B.**

I, Stuart C. Plunkett, am the ECF User whose ID and password are being used to file this Stipulation of Dismissal. In compliance with General Order 45, X.B., I hereby attest that Noah Brumfield has concurred in this filing.

Dated: October 10, 2012                    MORRISON & FOERSTER LLP


                                           _/s/ Stuart C. Plunkett_
                                           STUART C. PLUNKETT
                                           SPlunkett@mofo.com